IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 13-cv-02203-AP

JO AN RICHARDS,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Joseph A. Whitcompb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Boulevard, Suite 705
Denver, Colorado 80204
303-534-1954
303-534-1949 (facsimile)
Joe@RMDLG.com

<u>For Defendant</u>:
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel
Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42

- 1 -

U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**     **Date Complaint Was Filed: August 16, 2013**

      **B.**     **Date Complaint Was Served on U.S. Attorney's Office: January 2, 2014**

      **C.**     **Date Answer and Administrative Record Were Filed: February 4, 2014**

**4.**     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.**     **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.**     **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.**     **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court. This case is not on appeal from a decision issued on remand from this Court.

**8.**     **BRIEFING SCHEDULE**

Counsel for both parties conferred and request the following briefing schedule, which is outside of the standard time frame, due to Defendant's caseload:

      **A.**     **Plaintiff's Opening Brief Due: May 5, 2014**

      **B.**     **Defendant's Response Brief Due: June 4, 2014**

      **C.**     **Plaintiff's Reply Brief (If Any) Due: June 19, 2014**

---

     1 The proposed briefing schedule departs from the ordinary briefing schedule by several weeks due to both parties having several briefs due in April and May.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement: Plaintiff does not request oral argument.**

    **B.**    **Defendant's Statement: Defendant does not request oral argument.**

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>27th</u> day of February, 2014.

                                                             BY THE COURT:

                                                             *s/John L. Kane*
                                                             U.S. DISTRICT COURT JUDGE

|  |  |
|---|---|
| APPROVED: | JOHN F. WALSH<br>UNITED STATES ATTORNEY |
| Joseph A. Whitcompb, Esq.<br>Rocky Mountain Disability Law Group<br>1391 Speer Boulevard, Suite 705<br>Denver, Colorado 80204<br>303-534-1954<br>303-534-1949 (facsimile)<br>Joe@RMDLG.com | J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>*s/ Christina J. Valerio*<br>Christina J. Valerio<br>Assistant Regional Counsel<br>Social Security Administration<br>Office of General Counsel, Region VIII<br>1961 Stout, Suite 4169<br>Denver, CO 80294<br>Telephone: (303) 844-7348<br>Facsimile: (303) 844-0770<br>Christina.valerio@ssa.gov |